# Court of Appeals
# of the State of Georgia

ATLANTA,_August 28, 2025_____

*The Court of Appeals hereby passes the following order:*

## A26E0042. RUSSELL SIMS v. SHARA SIMS.

Russell Sims has filed a motion to extend the time to file an application for discretionary appeal in the above-styled matter. The motion is hereby GRANTED such that Sims's filing deadline shall be Monday, October 6, 2025. See OCGA § 1-3-1(d)(3) (if the last day falls on Saturday or Sunday, the party shall have through the following Monday to file his application).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_08/28/2025_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*